## Kinsel's Appeal.

OPINION BY MR. JUSTICE SIMPSON, April 9, 1934:

And now, April 9, 1934, in accordance with the agreement of January 10, 1934, filed in this case, it is directed that the order of the court below be and the same is hereby reversed, and the petition to dismiss appellant from his office as a school director be and the same is hereby dismissed, but without costs to either party.